**Order entered August 21, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00572-CV

### ANDRES CHEVEZ, Appellant

### V.

### JERRY L. BRINKERHOFF, ET AL., Appellees

**On Appeal from the 101st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-10-015850-E**

## ORDER

We **GRANT** appellant's August 16, 2013 motion for an extension of time to file a brief.

Appellant shall file his brief on or before September 23, 2013.

/s/     DAVID LEWIS
        JUSTICE